UNITED STATES of America,
Plaintiff–Appellee,

v.

Manuel AGUILAR–BARRAGAN,
Defendant–Appellant.

No. 07–30217.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2008.*

Filed March 28, 2008.

Donald E. Kresse, Jr., Esq., USYA—Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Tracy A. Staab, Esq., FPDWA—Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Manuel Aguilar–Barragan appeals from the 33–month sentence imposed following his guilty-plea conviction for being an alien in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Aguilar–Barragan contends that his sentence is unreasonable. We conclude that his sentence is reasonable. See Gall v. United States, —— U.S. ——, 128 S.Ct. 586, 597–98, 169 L.Ed.2d 445 (2007).

Aguilar–Barragan also contends that the district court erred by applying a 16–level Guideline enhancement after finding him removed subsequent to a prior felony conviction. We conclude that any error was harmless. See United States v. Zepeda–Martinez, 470 F.3d 909, 913–14 (9th Cir. 2006).

**AFFIRMED.**